TM:EMN
F.#2006R01530

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

GESMAN ROBINSON,

           Defendant.

S U P E R S E D I N G
I N F O R M A T I O N

Cr. No. 06-595 (S-1)(BMC)
(T. 21, U.S.C., §§
841(a)(1), 841(b)(1)(C);
T. 18, U.S.C., §§
924(c)(1)(A)(i), 2 and
3551 et seq.)

- - - - - - - - - - - - - - - - -X

THE UNITED STATES ATTORNEY CHARGES:

<u>COUNT ONE</u>
(Possession with Intent to Distribute Cocaine)

    On or about August 3, 2006, within the Eastern District of New York and elsewhere, the defendant GESMAN ROBINSON, together with others, did knowingly and intentionally possess with intent to distribute a substance containing cocaine, a Schedule II controlled substance.

    (Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); Title 18, United States Code, Sections 2 and 3551 et seq.)

<u>COUNT TWO</u>
(Using, Carrying and Possessing a Firearm)

    On or about August 3, 2006, within the Eastern District of New York and elsewhere, the defendant GESMAN ROBINSON, together with others, did knowingly and intentionally use and

2

carry a firearm during and in relation to a drug trafficking crime, to wit: the crime charged in Count One, and did knowingly and intentionally possess such firearm in furtherance of said drug trafficking crime.

(Title 18, United States Code, Sections 924(c)(1)(A)(i), 2 and 3551 et seq.)

LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

BY: [signature]
ACTING UNITED STATES ATTORNEY
PURSUANT TO 28 C.F.R. 0.136